**SCH** SCHINDLER COHEN & HOCHMAN

January 23, 2026

**BY ECF & E-MAIL**

The Honorable Victor Marrero
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:   *Matthiesen Ltd. v. Doyle et al.*,
      **Civ. No. 25-cv-07975 (S.D.N.Y.)(VM)**

Dear Judge Marrero,

    We represent Plaintiff Matthiesen Limited in the above-referenced action and respectfully request an initial case management conference pursuant to Rule IV(A)(1) of your Individual Practices.  Except for Defendant Thomas Austin Doyle, all Defendants have filed answers to the Amended Complaint (Dkt. Nos. 29, 30, 32, 34) and the parties have exchanged Initial Disclosures.  The case is ready to proceed with discovery.

    On November 7, 2025, you granted us leave to serve Doyle by email, which we did on November 10, 2025, with our original complaint.  Three days later, he was arrested for one count of wire fraud.  *See U.S. v. Doyle*, Case No. 25-cr-00525 (S.D.N.Y.).  The next month, on December 5, 2025, we filed our Amended Complaint and mailed a copy to Doyle at the detention center where he is being held.  His deadline to file a responsive pleading has passed.  Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").  Because Doyle has neither appeared in the case nor been responsive, we intend to file a motion for a default judgment against him.

    We respectfully request that an initial case management conference be scheduled so that we may submit a proposed schedule for discovery and dispositive motions, and raise the timing of our anticipated motion for default judgment.

Respectfully,

*Steven R. Schindler*

Steven R. Schindler