USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATTHIESEN LIMITED,

        Plaintiff,

- against -

THOMAS AUSTIN DOYLE, SHALVA
SARUKHANISHVILI, SHALVA SARUKHANISHVILI
FINE ART, INC., JILL NEWHOUSE LLC, and
JON LANDAU,

        Defendants.

JILL NEWHOUSE LLC,

        Crossclaim Plaintiff,

- against -

SHALVA SARUKHANISHVILI FINE ART, INC,

        Crossclaim Defendant.

SHALVA SARUKHANISHVILI FINE ART, INC,

        Crossclaim Plaintiff,

- against -

THOMAS AUSTIN DOYLE,

        Crossclaim Defendant.

**25-cv-07975 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are hereby directed to submit a joint letter within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated

motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    27 January 2026
          New York, New York

Victor Marrero
U.S.D.J.