USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHIESEN LIMITED,

Plaintiff,

-against-

THOMAS AUSTIN DOYLE, SHALVA SARUKHANISHVILI, SHALVA SARUKHANISHVILI FINE ART INC., JILL NEWHOUSE LLC, and JON LANDAU,

Defendants.

Civil Action No. 1:25-CV-07975

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE INCARCERATED DEFENDANT THOMAS AUSTIN DOYLE**

Upon consideration of the Motion for Leave to Depose Incarcerated Defendant Thomas Austin Doyle (the "Motion") filed by Plaintiff Matthiesen Limited, it is hereby:

**ORDERED** that the Motion is granted;

**ORDERED** that Plaintiff is granted leave to depose Defendant Doyle; and

**ORDERED** that Metropolitan Detention Center Brooklyn facilitate the deposition of Defendant Doyle (Inmate Register Number 08661-054) in coordination with the parties to this action.

Dated: August 3, 2026

Honorable Victor Marrero